UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARVIN A.S.,

     Plaintiff,

                                       Case No. 1:25-cv-604

v.

                                       Hon. Hala Y. Jarbou

COMMISSIONER OF SOCIAL
SECURITY,

     Defendant.

_____/

**ORDER**

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's objections to the R&R (ECF No. 21) are **SUSTAINED**

**IN PART** and **OVERRULED IN PART**.

**IT IS FURTHER ORDERED** that the report and recommendation (ECF No. 20) is

**REJECTED**.

**IT IS FURTHER ORDERED** that the decision of the Commissioner on Plaintiff's claim

is **REVERSED**.   The case is remanded to the Social Security Administration for further

proceedings not inconsistent with the Court's order.  *See* 42 U.S.C. § 405(g).

A judgment consistent with this Order shall issue.

Dated: May 26, 2026                    /s/ Hala Y. Jarbou
                                         HALA Y. JARBOU
                                         CHIEF UNITED STATES DISTRICT JUDGE